# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **Interstate Bakeries Corporation, et al.,** ) | |
| ) | **Chapter 11** |
| **Debtors.** ) | |
| ) | **Case No. 04-45814 (JWV)** |
| _____ ) | |
| **Lewis Brothers Bakeries Incorporated,** ) | **(Jointly Administered)** |
| **and Chicago Baking Company,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **Interstate Brands Corporation,** ) | **Adv. No.: 08-4239-JWV** |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## SUMMARY OF EXHIBITS TO SUGGESTIONS IN
## SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit A | Adversary Complaint and Answer |
| Exhibit B | Antitrust Judgment |
| Exhibit C | Asset Purchase Agreement |
| Exhibit D | License Agreement |
| Exhibit E | Final Closing List (LBB00217-220); APA Amendment Letter (LBB00298-306); Allocation Agreement (LBB00346-348) |
| Exhibit F | Affidavit of Rodger Lesh |
| Exhibit G | Deposition Transcript of Rodger Lesh |
| Exhibit H | Deposition Transcript of Charles Sullivan |
| Exhibit I | Deposition Transcript of Ray Sutton |
| Exhibit J | Report of William Polash – **Filed Under PROTECTIVE ORDER** |
| Exhibit K | Accounting and Tax Documents Filed Under Seal (LB 00558-562) |
| Exhibit L | 1999 IBC Dist. Ct. Motion and Memorandum In Support |

| Exhibit M | IBC Response to Requests to Admit |
|---|---|
| Exhibit N | Deposition Transcript of Richard Seban |
| Exhibit O | IBC Notice of Filing Amended Plan Exhibit O |
| Exhibit P | IBC Motion for an Order Authorizing Rejection of a Certain License Agreement |

Date: March 26, 2010

Respectfully submitted,

LEWIS BROTHERS BAKERIES
INCORPORATED, AND CHICAGO BAKING
COMPANY

/s/ Eric L. Johnson
Leslie A. Greathouse      MO # 48431
Eric L. Johnson           MO # 53131
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106-2140
Tel:  (816) 474-8100
Fax:  (816) 474-3216– Fax

AND

Eugene J. Geekie, Jr. (Pro Hac Vice) MO # 34090
Schiff Hardin, LLP
233 S. Wacker Drive, Suite 7500
Chicago, IL 60606
Tel:  (312) 258-5500
Fax: (312) 258-5600

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2010, the above and foregoing Summary was served via electronic filing to all parties requesting electronic notice and the exhibits referenced in the Summary were hand-delivered to:

Paul M. Hoffmann
Stinson Morrison Hecker LLP
1201 Walnut
Kansas City, MO 64106

                                      /s/ Eric L. Johnson
                                      An Attorney for Plaintiffs